

FILED

SEP 11 2024

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR- 198 |
| | § | Judge |
| CLAUDARRIUS HYMES | § | ALM/AGD |
| | § | |
| | § | |

## INDICTMENT

The United States Grand Jury Charges:

## INTRODUCTION

At all times material to this Indictment:

1.      18 U.S.C. § 922(a)(6) makes it a crime for anyone to make a false or fictitious oral or written statement to a licensed firearms dealer in order to acquire a firearm. A statement is "false or fictitious" if it was untrue when made and was then known to be untrue by the person making it. A false statement is "likely to deceive" if the nature of the statement, considering all of the surrounding circumstances at the time it is made, is such that a reasonable person of ordinary prudence would have been actively deceived or misled.

2.      Federal Firearms Licensees (FFL) are dealers of firearms who sell firearms as part of their livelihood. FFLs are required by federal law to maintain records relating to the sale of firearms to consumers. The principal purpose of requiring licensed firearms dealers to obtain such information from purchasers is to assist law enforcement activities. One of the records required to be kept by FFLs is the Bureau of Alcohol, Tobacco, Firearms

and Explosives Form 4473 (Form 4473). Scheels All Sports, Texas is a gun store that is owned and operated by a FFL.

3.      FFLs may not lawfully sell a firearm to the public without first having the prospective purchaser complete the Firearms Transaction Record (ATF Form 4473) in which the purchaser answers questions about his or her eligibility to legally purchase or possess firearms under penalty of perjury—and facilitating a background check to verify the purchaser's eligibility.  On this same form, Question 11.a. requires the prospective purchaser to certify—under penalty of law—if he or she is "the actual transferee/buyer of the firearm(s) listed on this form," which is a fact material to the lawfulness of the firearm sale.  If a person purchases a firearm for someone else but claims that he or she is "the actual transferee/buyer of the listed firearm(s)," the firearm acquisition is called a straw purchase and this conduct is also commonly called lying-and-buying, which is a violation of 18 U.S.C. § 922(a)(6).

**COUNT ONE**

Violation: 18 U.S.C. §§ 371 and 922(a)(6)
(Conspiracy to Acquire a Firearm from a Licensed Dealer by False or Fictitious Statement)

On or about June 4, 2024, in the Eastern District of Texas and elsewhere, **CLAUDARRIUS HYMES**, defendant, did knowingly and willfully combine, conspire and agree with other persons unknown to the United States Grand Jury (hereinafter "co-conspirators") to make false and fictitious written statements to a licensed dealer of

firearms within the meaning of Chapter 44, Title 18, United States Code, in connection

with the acquisition of a firearm, which statement was intended and likely to deceive the

said licensed dealer of firearms as to a fact material to the lawfulness of such sale of the

said firearm, in violation of 18 U.S.C. § 922(a)(6).

## COUNT TWO

Violation:  18 U.S.C. § 924(a)(1)(A)
(False Statement during Purchase of a
Firearm)

On or about June 4, 2024, in the Eastern District of Texas, the defendant,

CLAUDARRIUS HYMES, knowingly made a false statement and representation to

E.W., a person licensed under the provisions of Chapter 44 of Title 18 United States

Code, with respect to information required by the provisions of Chapter 44 of Title 18,

United States Code, to be kept in the records of Double M Defense, in that the defendant

represented that his purchase of a FNH USA, M249S, 5.56 caliber rifle was for his own

possession, when in reality the defendant was purchased the firearm for A.C., in violation

of 18 U.S.C. § 924(a)(1)(A).

## COUNT THREE

Violation:  18 U.S.C. §§ 924(n) and 2
(Travel Within the United States with
Intent to Violate 18 U.S.C. §
922(a)(1)(A))

On or about June 4, 2024, in the Eastern District of Texas and elsewhere,

CLAUDARRIUS HYMES, defendant, with the intent to engage in conduct that

constitutes a violation of 18 U.S.C. § 922(a)(1)(A), travelled from Louisiana into Texas

and acquired and attempted to acquire firearms in Texas of such purpose, and did aid and abet therein, in violation of 18 U.S.C. § 924(n) and § 2.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), 18 U.S.C. § 934 and 28 U.S.C. § 2461.

As the result of committing the offenses alleged in this Indictment, the defendants shall forfeit to the United States:

    a.    any firearms and ammunition involved or used in the commission of these offenses;

    b.    any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

    c.    any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

**CLAUDARRIUS HYMES:**

- Taurus, G3C, 9mm caliber pistol, bearing serial number: ACD806454;
- Konza Guns, Inc., KJ15, Multi-caliber pistol, bearing serial number: KJ02511;
- Fifteen (15) rounds, Winchester, 9mm caliber ammunition;
- FNH USA, M249S, 5.56 caliber rifle, bearing serial number: M249SA10206;

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____    Date: 9/11/2024
MICHAEL A. ANDERSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA      §
     §
v.      §      No. 4:24-CR-
     §      Judge
CLAUDARRIUS HYMES (01)      §
     §

## NOTICE OF PENALTY

### Count One

**Violation:**      18 U.S.C. §§ 371 and 922(a)(6)

**Penalty:**      Imprisonment of not more than 10 years, a fine not to exceed $250,000.00, or both; a term of supervised release of not more than three years.

**Special Assessment:** $100.00

### Count Two

**Violation:**      18 U.S.C. § 924(a)(1)(A)

**Penalty:**      Imprisonment of not more than five years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

**Special Assessment:** $100.00

### Count Three

**Violation:**      18 U.S.C. § 924(n)

**Penalty:**      Imprisonment of not more than 10 years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

**Special Assessment:** $100.00